# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| MONDAVIGINON, SHNEL | § § | Case No. 14-43050 JPC |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/01/2014 . The undersigned trustee was appointed on 12/01/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   148,168.69

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 63.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 148,104.75 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/24/2016 and the deadline for filing governmental claims was 02/24/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,070.87 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,070.87 , for a total compensation of $ 3,070.87 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2017               By: /s/ANDREW J. MAXWELL, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 14-43050  Doc 50  Filed 02/21/17  Entered 02/21/17 16:25:05  Desc Main
Document  Page 3 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-43050  JPC  Judge: JACQUELINE P. COX | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MONDAVIGINON, SHNEL | Date Filed (f) or Converted (c): 12/01/14 (f) |
| | | 341(a) Meeting Date: 01/07/15 |
| For Period Ending: 02/21/17 | | Claims Bar Date: 02/24/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCT  CHECKING ACCOUNT | 10.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS  COMPUTER,PRINTER, DESK | 330.00 | 0.00 | | 0.00 | FA |
| 3. WEARING  WOMEN CLOTHINGAND SHOES | 340.00 | 0.00 | | 0.00 | FA |
| 4. FUR  14K GOLD EARINGS, DIAMOND WATCH | 375.00 | 0.00 | | 0.00 | FA |
| 5. potential inheritance (u)  investigating inheritance in this reopened case | 0.00 | 148,168.69 | | 148,168.69 | FA |
| TOTALS (Excluding Unknown Values) | $1,055.00 | $148,168.69 | | $148,168.69 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

claims reviewed in anticipation of funds being received and possibility that case could be completed, depending on

amount of claims and amount of funds 4-16

PI case for mother's estate expected to settle soon (spring 2016), D's share may be around $25K; - no funds received yet

as of 4-27-16 or 10/16; probate counsel latelyadvised maybe November 2016

New claims notice sent out March 2016

this case was reopened based on a "tip" that D was entitled to inherit funds that would be 541 property

trustee has obtained the will and recently obtained the pour over trust and will research the meaning of the language of

the trust

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-43050   JPC   Judge: JACQUELINE P. COX | Trustee Name:   ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MONDAVIGINON, SHNEL | Date Filed (f) or Converted (c):   12/01/14 (f) |
| | | 341(a) Meeting Date:   01/07/15 |
| | | Claims Bar Date:   02/24/16 |

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-43050 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MONDAVIGINON, SHNEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2920 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3521 | | |
| For Period Ending: | 02/21/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/16 | 5 | SHNEL MONDAVIGINON<br>CASHIER CHECK 9229830014<br>EST OF JULIETTE JONES | | 1229-000 | 148,168.69 | | 148,168.69 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.94 | 148,104.75 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 148,168.69 | 63.94 | 148,104.75 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 148,168.69 | 63.94 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 148,168.69 | 63.94 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2920 | 148,168.69 | 63.94 | 148,104.75 |
| | ---------------- | ---------------- | ---------------- |
| | 148,168.69 | 63.94 | 148,104.75 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    148,168.69    63.94

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 19.06c

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 21, 2017 |
|---|---|---|---|---|---|---|

Case Number: 14-43050  
Debtor Name: MONDAVIGINON, SHNEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $3,070.87 | $3,070.87 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $9,942.61 | $9,942.61 |
| 999<br>2300-00 | INTERNATIONAL SURTIES, LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $60.65 | $60.65 |
| 000004A<br>058<br>5800-00 | Department of Treasury<br>Internal Service Revenue<br>Kansas City, MO 64999 | Priority | | $0.00 | $841.82 | $841.82 |
| 999<br>8200-00 | SHNEL MONDAVIGINON<br>CHICAGO, IL 60690 | Unsecured | Surplus Funds | $0.00 | $124,959.97 | $124,959.97 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,689.17 | $2,689.17 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $900.41 | $900.41 |
| 000003<br>070<br>7100-00 | Midland Credit Management, Inc.<br>as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | (3-1) 1739 | $0.00 | $2,532.98 | $2,532.98 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to Capital One Bank<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $1,352.20 | $1,352.20 |
| 000006<br>080<br>7200-00 | Golan & Christie LLP<br>70 W Madison St Suite 1500<br>Chicago.IL 60602 | Unsecured | (6-1) Legal services rendered | $0.00 | $1,546.25 | $1,546.25 |
| 00004B<br>070<br>7100-00 | Department of Treasury<br>Internal Service Revenue<br>Kansas City, MO 64999 | Unsecured | | $0.00 | $173.86 | $173.86 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: February 21, 2017 |

Case Number:  14-43050  
Debtor Name:  MONDAVIGINON, SHNEL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $148,070.79 | $148,070.79 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-43050 JPC
Case Name: MONDAVIGINON, SHNEL
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ 148,104.75

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 3,070.87 | $ 0.00 | $ 3,070.87 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 9,807.50 | $ 0.00 | $ 9,807.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 135.11 | $ 0.00 | $ 135.11 |
| Other: INTERNATIONAL SURTIES, LTD | $ 60.65 | $ 0.00 | $ 60.65 |

Total to be paid for chapter 7 administrative expenses   $ 13,074.13

Remaining Balance   $ 135,030.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 841.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Department of Treasury | $ 841.82 | $ 0.00 | $ 841.82 |
| | Total to be paid to priority creditors | | | $ 841.82 |
| | Remaining Balance | | | $ 134,188.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,648.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 2,689.17 | $ 0.00 | $ 2,689.17 |
| 000002 | Capital One Bank (USA), N.A. | $ 900.41 | $ 0.00 | $ 900.41 |
| 000003 | Midland Credit Management, Inc. | $ 2,532.98 | $ 0.00 | $ 2,532.98 |
| 000005 | Portfolio Recovery Associates, LLC | $ 1,352.20 | $ 0.00 | $ 1,352.20 |
| 00004B | Department of Treasury | $ 173.86 | $ 0.00 | $ 173.86 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,648.62 |
| | Remaining Balance | | | $ 126,540.18 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,546.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Golan & Christie LLP | $ 1,546.25 | $ 0.00 | $ 1,546.25 |

Total to be paid to tardy general unsecured creditors     $            1,546.25

Remaining Balance     $          124,993.93

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 33.96 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 124,959.97 .