IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHNEL MONDAVIGINON, | ) | No. 14-43050 |
| | ) | Hon. Jacqueline P. Cox |
| | ) | Chapter 7 |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney (if any), and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and on other parties by deposit into the United States Mail, postage prepaid, on or before February 22, 2017.

    /s/ Andrew J. Maxwell

Andrew J. Maxwell (ARDC #1799150)
**Maxwell Law Group, LLC**
20 N. Clark Street, Suite 200
Chicago, IL 60602
312/368-1138

**SERVICE LIST**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn 7th Floor
Chicago, IL 60604-1702

Attorneys at Law
130 S. Jefferson St Suite 350
Chicago.IL 60661-5762

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cap One
26525 N Riverwoods BLVD
Mettawa, IL 60045-3440

Cap One
PO BOX 30253
Salt Lake City, UT 84130-0253

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Credit one Bank NA
PO BOX 98875
Las Vegas. NV 89193-8875

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

lnternal Revenue Service
Department of the Treasury Internal
Revenue Service Center
Kansas City, MO 64999-0099

Golan & Christie LLP
70 W Madison St Suite 1500
Chicago.IL 60602-4265

Midland Credit Management, Inc.
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Midland Funding
8875 Aero Dr Suite 200
San Diego, CA 92123-2255

Peoples ENGY
200 East Randolph
Chicago.IL 60601-6302

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

The Bureaus INC
4840 S. Ellis Ave
Chicago, IL 60690-1533

The Bureaus, Inc.
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Shnel Mondaviginon
P O Box 1533
Chicago, IL 60690-1533