UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MONDAVIGINON, SHNEL § Case No. 14-43050 JPC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,055.00                 Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  10,070.65      Claims Discharged
                                                  Without Payment:  0.00

Total Expenses of Administration:  13,138.07

3) Total gross receipts of $ 148,168.69  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 124,959.97  (see **Exhibit 2**), yielded net receipts of $ 23,208.72  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,138.07 | 13,138.07 | 13,138.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 841.82 | 841.82 | 841.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 9,194.87 | 9,194.87 | 9,228.83 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 23,174.76 | $ 23,174.76 | $ 23,208.72 |

4) This case was originally filed under chapter 7 on 12/01/2014 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2017             By:/s/ANDREW J. MAXWELL, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| potential inheritance | 1229-000 | 148,168.69 |
| **TOTAL GROSS RECEIPTS** | | **$ 148,168.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SHNEL MONDAVIGINON | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 124,959.97 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 124,959.97** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 3,070.87 | 3,070.87 | 3,070.87 |
| INTERNATIONAL SURTIES, LTD | 2300-000 | NA | 60.65 | 60.65 | 60.65 |
| ASSOCIATED BANK | 2600-000 | NA | 63.94 | 63.94 | 63.94 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 9,807.50 | 9,807.50 | 9,807.50 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 135.11 | 135.11 | 135.11 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,138.07 | $ 13,138.07 | $ 13,138.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | DEPARTMENT OF TREASURY | 5800-000 | NA | 841.82 | 841.82 | 841.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 841.82 | $ 841.82 | $ 841.82 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 2,689.17 | 2,689.17 | 2,689.17 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 900.41 | 900.41 | 900.41 |
| 00004B | DEPARTMENT OF TREASURY | 7100-000 | NA | 173.86 | 173.86 | 173.86 |
| 000003 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | NA | 2,532.98 | 2,532.98 | 2,532.98 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,352.20 | 1,352.20 | 1,352.20 |
| 000006 | GOLAN & CHRISTIE LLP | 7200-000 | NA | 1,546.25 | 1,546.25 | 1,546.25 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 12.15 |
| | DEPARTMENT OF TREASURY | 7990-000 | NA | NA | NA | 3.44 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GOLAN & CHRISTIE LLP | 7990-000 | NA | NA | NA | 5.23 |
| | MIDLAND CREDIT MANAGEMENT, INC. | 7990-000 | NA | NA | NA | 8.57 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 4.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 9,194.87 | $ 9,194.87 | $ 9,228.83 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-43050 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MONDAVIGINON, SHNEL | | | Date Filed (f) or Converted (c): | 12/01/14 (f) |
| | | | | 341(a) Meeting Date: | 01/07/15 |
| For Period Ending: | 07/11/17 | | | Claims Bar Date: | 02/24/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCT<br>    CHECKING ACCOUNT | 10.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS<br>    COMPUTER,PRINTER, DESK | 330.00 | 0.00 | | 0.00 | FA |
| 3. WEARING<br>    WOMEN CLOTHINGAND SHOES | 340.00 | 0.00 | | 0.00 | FA |
| 4. FUR<br>    14K GOLD EARINGS, DIAMOND WATCH | 375.00 | 0.00 | | 0.00 | FA |
| 5. potential inheritance (u)<br>    investigating inheritance in this reopened case | 0.00 | 148,168.69 | | 148,168.69 | FA |
| TOTALS (Excluding Unknown Values) | $1,055.00 | $148,168.69 | | $148,168.69 | **Gross Value of Remaining Assets**<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR'S CHECK STILL NOT CASHED as of 4-25-17

TRF FILED 2..21.17 HEARING ON 3.16.17; distribution of funds made

TFR SUBMITTED

claims reviewed in anticipation of funds being received and possibility that case could be completed, depending on

amount of claims and amount of funds 4-16

PI case for mother's estate expected to settle soon (spring 2016), D's share may be around $25K; - no funds received yet

as of 4-27-16 or 10/16; probate counsel latelyadvised maybe November 2016

New claims notice sent out March 2016

LFORM1                                                                                                                      Ver: 20.00b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 14-43050   JPC   Judge: JACQUELINE P. COX |
| Case Name: | MONDAVIGINON, SHNEL |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/01/14 (f) |
| 341(a) Meeting Date: | 01/07/15 |
| Claims Bar Date: | 02/24/16 |

this case was reopened based on a "tip" that D was entitled to inherit funds that would be 541 property

trustee has obtained the will and recently obtained the pour over trust and will research the meaning of the language of

the trust

Initial Projected Date of Final Report (TFR): 04/30/17   Current Projected Date of Final Report (TFR): 04/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 14-43050 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MONDAVIGINON, SHNEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2920 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3521 | | | |
| For Period Ending: | 07/11/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/16 | 5 | SHNEL MONDAVIGINON<br>CASHIER CHECK 9229830014<br>EST OF JULIETTE JONES | PERSONAL INJURY FUNDS | 1229-000 | 148,168.69 | | 148,168.69 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.94 | 148,104.75 |
| 03/14/17 | 010001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST.<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS<br>BOND # 016073584 | 2300-000 | | 60.65 | 148,044.10 |
| 03/17/17 | 010002 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Trustee fee for compensation<br>o/c 3/16/2017 | 2100-000 | | 3,070.87 | 144,973.23 |
| 03/17/17 | 010003 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | atty fee and expenses<br>o/c 3/16/2017 | | | 9,942.61 | 135,030.62 |
| | | | Fees 9,807.50 | 3110-000 | | | |
| | | | Expenses 135.11 | 3120-000 | | | |
| 03/17/17 | 010004 | Department of Treasury<br>Internal Service Revenue<br>Kansas City, MO 64999 | Claim # 4, Full Payment + interest<br>o/c 3/16/2017 | | | 844.67 | 134,185.95 |
| | | | Claim 841.82 | 5800-000 | | | |
| | | | Interest 2.85 | 7990-000 | | | |
| 03/17/17 | 010005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim # 1, Full Payment + Interest<br>o/c 3/16/2017 | | | 2,698.27 | 131,487.68 |
| | | | Claim 2,689.17 | 7100-000 | | | |
| | | | Interest 9.10 | 7990-000 | | | |
| | | | Page Subtotals | | 148,168.69 | 16,681.01 | |

Ver: 20.00b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-43050 -JPC | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: MONDAVIGINON, SHNEL | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******2920 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******3521 | |
| For Period Ending: 07/11/17 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/17/17 | 010006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim # 2, Full Payment + Interest<br>o/c 3/16/2017 | | | 903.46 | 130,584.22 |
| | | | Claim     900.41 | 7100-000 | | | |
| | | | Interest      3.05 | 7990-000 | | | |
| 03/17/17 | 010007 | Midland Credit Management, Inc.<br>as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | Claim # 3, Full Payment + Interest<br>o/c 3/16/2017 | | | 2,541.55 | 128,042.67 |
| | | | Claim     2,532.98 | 7100-000 | | | |
| | | | Interest       8.57 | 7990-000 | | | |
| 03/17/17 | 010008 | Portfolio Recovery Associates, LLC<br>Successor to Capital One Bank<br>POB 41067<br>Norfolk, VA 23541 | Claim # 5, Full Payment + Interest<br>o/c 3/16/2017 | | | 1,356.77 | 126,685.90 |
| | | | Claim     1,352.20 | 7100-000 | | | |
| | | | Interest       4.57 | 7990-000 | | | |
| 03/17/17 | 010009 | Department of Treasury<br>Internal Service Revenue<br>Kansas City, MO 64999 | Claim # 4B, Full Payment + Interest<br>o/c 3/16/2017 | | | 174.45 | 126,511.45 |
| | | | Claim     173.86 | 7100-000 | | | |
| | | | Interest       0.59 | 7990-000 | | | |
| 03/17/17 | 010010 | Golan & Christie LLP<br>70 W Madison St Suite 1500<br>Chicago.IL 60602 | Claim # 6, Full Payment + Interest<br>o/c 3/16/2017 | | | 1,551.48 | 124,959.97 |
| | | | Claim     1,546.25 | 7200-000 | | | |
| | | | Interest       5.23 | 7990-000 | | | |
| 03/17/17 | 010011 | SHNEL MONDAVIGINON | Surplus Funds | 8200-000 | | 124,959.97 | 0.00 |

Page Subtotals         0.00         131,487.68

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-43050 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MONDAVIGINON, SHNEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2920 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3521 | | |
| For Period Ending: | 07/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60690 | o/c 3/16/2017 | | | | |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | COLUMN TOTALS | | 148,168.69 | 148,168.69 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 148,168.69 | 148,168.69 | |
| | | | Less: Payments to Debtors | | | 124,959.97 | |
| | | | Net | | 148,168.69 | 23,208.72 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********2920) | | 148,168.69 | 23,208.72 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 148,168.69 | 23,208.72 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 20.00b